IRVING LEVINE, Appellant, v. GOLD EDGE BEVERAGE CORPORATION, Respondent, et al., Defendants.— Order denying motion of the plaintiff, made upon affidavits.

to set aside verdict and for a new trial unanimously affirmed, with ten dollars costs, and disbursements. The practice followed is not approved, but we are satisfied, upon this record, that no error prejudicial to the appellant was committed. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.